# RETURN OF SERVICE
## United States District Court
## Southern District of Florida

Case Number: 1:25-CV-23407-RKA

**Plaintiff: DEMARCO DODSON, individually and on behalf of all others similarly situated**
vs.
**Defendant: GOTHAM CAPITAL LLC.**

For:
Zane Hedaya, Esq.
The Law Offices of Jibrael S. Hindi, PLLC [NY]
jibrael@, zane@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the **30th** day of **July, 2025** at **9:36 am** to be served on **GOTHAM CAPITAL LLC, 40 WALL STREET, NEW YORK, NY 10005.**

I, Alicea Hart, do hereby affirm that on the **21st** day of **August, 2025** at **12:11 pm**, I:

served a **LIMITED LIABILITY CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: "**John**" "**Doe**" as **General Agent** for **GOTHAM CAPITAL LLC**, at the address of: **40 WALL STREET, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/13/2025  4:06 pm  Attempts made with no contact as of 08/12 at 12:34. Phone number used for the defendant is (347)884-0627, which was also confirmed by lobby security.
8/8/2025  2:08 pm  Attempted service at 40 WALL STREET, NEW YORK, NY 10005
Lobby security called Gotham, spoke with an employee who claimed Jason (owner) is the only person authorized to accept service. Allegedly Jason is out and returns on Monday.  Suggested to return on Monday. Access denied according to bldg security policy- registeration/ QR code required for access.
8/11/2025  3:53 pm  Attempted service at 40 WALL STREET, NEW YORK, NY 10005
Lobby security spoke with someone from Gotham, sho claimed someone was coming downstairs- however, after over 15minutes no one came down. Wait time exceeded. Access denied according to bldg security policy . Arrival tome: 3:30,pm .
8/21/2025  12:29 pm  Recipient accepted in lobby ; Refused to provide name & title

## RETURN OF SERVICE
## United States District Court
## Southern District of Florida For 1:25-CV-23407-RKA

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1). Service was completed per FSS 48 and /or Federal Rules of Civil Procedures Rule 4, 28 U.S.C. 1608 and/or congruent to the rules of The State or Jurisdiction in which the summons, subpoena or document originated. .

Alicea Hart
Lic# 2038944-DCA

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2025003959